BEFORE THE THIRD DIVISION, JANUARY 26, 1954

**No. 57797.**—Chekiang Co. and Hensel, Bruckmann & Lorbacher, Inc., et al. v. United States, protests 163967–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays in chief value of brass, the same in all material respects as those involved in *Ignaz Strauss*

& Co., Inc. v. United States (9 Cust. Ct. 342, C. D. 710), The Fan Co. v. United States (25 Cust. Ct. 42, C. D. 1261), and Ignaz Strauss & Co., Inc. v. United States (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.